# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.   CASE NO. 23-M-6099-01-KGG

**CODY MCCORMICK**
**a/k/a Kody McCormick,**

**Defendants.**

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [21 U.S.C. § 871]

On or about April 23, 2023, in the District of Kansas and elsewhere,

**CODY MCCORMICK a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, authored and electronically publishing on Facebook "You will kill me the FBI will the ATF you all

will I will be getting a AR 15 and I will be going to kill Joe Biden the worst fucking president ever fuck my life and his the country is going to hell because of him it's my job to kill and finish him." .

In violation of Title 18, United States Code, Sections 871.

## COUNT 2

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [21 U.S.C. § 871]

On or about April 23, 2023, in the District of Kansas and elsewhere,

**CODY MCCORMICK a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, authored and electronically publishing on Facebook , "I plan on kill Joe Biden the worst President in US history he is fucking disgrace.  I will get a Greyhound bus ticket and go and shoot him,  Ithere way I will go end his fucking life I promise you."

In violation of Title 18, United States Code, Sections 871.

## COUNT 3

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [21 U.S.C. § 871]

On or about April 24, 2023, in the District of Kansas and elsewhere,

**CODY MCCORMICK a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, stated to Agents

of the United States Secret Service that given the opportunity, he planned to "kidnap him (POTUS)." Stating "My intent is to kill Joe Biden if I don't get the help I need."

In violation of Title 18, United States Code, Sections 871.

I further state that I am a Special Agent with the United States Secret Service (USSS), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, Cody McCormick a/k/a Kody McCormick, committed the offense set forth in this Complaint.

GREGORY TIANO
Senior Resident Agent
United States Secret Service

Attested to by the Affiant, in accordance with the requirements of Fed. R. Crim. P. 41(d)(3), by telephone or other reliable electronic means, to wit: telephone conferencing on April 27, 2023.

HONORABLE KENNETH G. GALE
United States Magistrate
District of Kansas

## PENALTIES

Counts 1-3:   **18 U.S.C. § 871**
   **[Making a threat against the President of the United States]**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 871.

- A fine not to exceed $250,000.  18 U.S.C. § 871.

- A term of supervised release of not more than three (3) years supervised release.  18 U.S.C. §3583(b)(2).

- A mandatory special assessment of $100.  18 U.S.C. §3013(a)(2)(A).

4

AFFIDAVIT

I, Gregory Tiano, have been employed as a Criminal Investigator with the U.S. Secret Service for 25+ years. Since late 2009, I have been assigned to the Wichita Office of the U.S. Secret Service. As a Senior Resident Agent, I have been trained to conducted criminal investigations to include but not limited to threats on protectees of the US Secret Service; which includes the President of the United States.

This criminal complaint is based on the following facts which were obtained during a threat investigation, interviews personally/telephonically conducted and/or were related to your Affiant by other duly sworn law enforcement officers based on their interviews and observations:

I submit the following facts:

On 04/23/2023, Cody McCormick sent a message to the Lane County Sheriff's Office Facebook page, using the profile "Kody McCormick" which stated, "You will kill me the FBI will the ATF you all will I will be getting a AR 15 and I will be going to kill Joe Biden the worst fucking president ever fuck my life and his the country is going to hell because of him it's my job to kill and finish him."

On the same date, Cody McCormick sent a Facebook message to KSN news social media account stating, "I plan on kill Joe Biden the worst President in US history he is fucking disgrace. I will get a Greyhound bus ticket and go and shoot him. Ithere way I will go end his fucking life I promise you."

1

On 4/23/2023, as reported by Wichita Police Department Officer, R. Carrillo, in the WPD report, 23C027239, Cody McCormick personally made statements to St. Joseph's Hospital (Wichita, KS) staff that he planned to kill President Joe Biden.

On or about 4/24/2023, USSS Special Agent Isaac McKnight and I interviewed McCormick at the Ascension Via Christi Behavioral Health Center. During the interview, SA Mcknight asked the Cody McCormick if Agents of the Secret Service needed to be worried about him if POTUS visited Wichita, KS or the surrounding area. Cody McCormick, responded, "Yeah." Cody McCormick then advised that given the opportunity, he would "force him (POTUS) to step down from office," and would "kidnap him." Cody McCormick further stated he would "travel as far up as Oregon" in order to reach POTUS, stating, "My intent is to kill Joe Biden if I don't get the help I need."

Cody McCormick knowingly and willingly made a threat against the President of the United States in violation of 18 U.S.C. 871 (Threats against President and successors to the Presidency)

_____
GREGORY TIANO
Senior Resident Agent, U.S. Secret Service

Subscribed and sworn before me via telephone conference this 27th day of April, 2023

_____
HONORABLE KENNETH G. GALE
U.S. Magistrate Judge

2