# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                     **CASE NO.**  23-CR-10058-EFM

**CODY McCORMICK**
**a/k/a Kody McCormick,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [18 U.S.C. § 871]

On or about April 23, 2023, in the District of Kansas and elsewhere,

**CODY McCORMICK**
**a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made a threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, the defendant

1

authored and electronically published on Facebook, "You will kill me the FBI will the ATF you all will I will be getting a AR 15 and I will be going to kill Joe Biden the worst fucking president ever fuck my life and his the country is going to hell because of him it's my job to kill and finish him."

In violation of Title 18, United States Code, Section 871.

## COUNT 2

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [18 U.S.C. § 871]

On or about April 23, 2023, in the District of Kansas and elsewhere,

**CODY McCORMICK**
**a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made a threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, the defendant authored and electronically published on Facebook, "I plan on kill Joe Biden the worst President in US history he is fucking disgrace.  I will get a Greyhound bus ticket and go and shoot him, I there way I will go end his fucking life I promise you."

In violation of Title 18, United States Code, Section 871.

## COUNT 3

### MAKING A THREAT AGAINST
### THE PRESIDENT OF THE UNITED STATES
### [18 U.S.C. § 871]

On or about April 24, 2023, in the District of Kansas and elsewhere,

**CODY McCORMICK**
**a/k/a Kody McCormick,**

the defendant herein, knowingly and willfully made a threat to take the life of, to kidnap and to inflict bodily harm upon the President of the United States, to wit, the defendant stated to Agents of the United States Secret Service that if given the opportunity, he planned to "kidnap him (POTUS)," and "My intent is to kill Joe Biden if I don't get the help I need."

In violation of Title 18, United States Code, Section 871.

A TRUE BILL.

May 16, 2023  
DATE

 s/Foreperson  
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER  
UNITED STATES ATTORNEY

By: /s/ Matt Treaster  
Matt Treaster  
Assistant United States Attorney  
District of Kansas  
1200 Epic Center, 301 N. Main  
Wichita, Kansas  67202  
Ph: (316) 269-6481  
Fax: (316) 269-6484  
Email: matt. treaster@usdoj.gov  
Ks. S. Ct. No. 17473

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

## Counts 1-3 (18 U.S.C. § 871)
### [Making a Threat Against the President of the United States]

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 871.

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A term of supervised release of not more than three (3) years supervised release.  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).