IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-10058-01-EFM |
| | ) | |
| CODY MCCORMICK, | ) | |
| Defendant | ) | |
| | ) | |

**SENTENCING MEMORANDUM**

Cody McCormick is asking this Court to impose a sentence of time served and a period of supervised release. Cody has been in custody since his arrest on April 24, 2023. At the time of sentencing Cody will have been in custody for one year and fourteen days. Cody's individual need for mental health treatment outweighs society's collective need for harsh punishment.

Cody McCormick is a 28-year-old man, who has suffered developmental delays and sever mental health issues all his life. These issues started prior to birth when his umbilical cord wrapped around his neck and cut off the oxygen to his brain causing mild intellectual disabilities. Cody's mental health issues stem from a variety of abuse, physical, emotional, and sexual.

Due in large part to his mental health issues, and his need for help, Cody threatened the life of President Joe Biden in April of 2023. Cody made two of the threats though the social media accounts of a Kansas Sheriff's Department and a local Wichita news station. (Doc 1 and Doc 13). Cody made the third threat to the Secret Service during the investigation of the previous threats.

The Secret Service interviewed Cody on April 24, 2023, at Ascension Via Christi Behavioral Health Center. On April 23, 2023, Cody was involved in an incident with the Wichita Police Department where Cody had attempted to commit suicide by cop. The reason for this extraordinary action by Cody was his inability to get the mental health medications he needed and his desire to return to the Kansas State Hospital for treatment.

The incident with the Wichita Police began with Cody making suicidal threats to his mother, Linn McCormick. Linn called the police regarding the threats and Cody threating to commit "suicide by cop." When Cody learned that the police were on their way, he "yelled at the people and kids in the street, telling them to go inside because he was going to get shot by officers." (4/23/2023 Supplemental Report of Officer Amanda Darrow WPD#2582.) Several times during the encounter Cody had asked the officers to shoot him as he walked towards them very agitated. Prior to being taking into custody Cody complained about the lack of help for his mental illnesses, saying "nobody in Wichita is going to help me," "I need to be in a State Hospital." After a discussion with the police about available services, Cody agreed to be taken into custody, after being allowed to give his mother a hug. The police then transported Cody to Via Christi.

During their investigation, the Secret Service spoke with Linn McCormick. Linn told the agents that Cody had been off his medications for a month and had been unsuccessful in getting refills through Comcare of Sedgwick County. Ms. McCormick told the agents she did "not believe [Cody] would ever be capable of even attempting something of that nature [carrying out his threats], and believes [Cody] only made the threat to 'try and get the help he needs.'"

Cody McCormick made threats against President Joe Biden. Cody also made some of those threats conditional: "if I don't get the help I need." This is like the language Cody used during his encounter with the Wichita Police Department on April 23, 2024.

Cody McCormick was seeking mental health treatment the only way he could think of, communicating a threat again the President of the United States. When that did not seem to work, he arraigned the encounter with the Wichita police. During that encounter Cody would either be killed by officers, or he would be taken into custody for treatment. Fortunately, Cody was taken into custody. Unfortunately, he also committed a federal crime which resulted in the charges against him and his being housed in a detention facility, rather than a state hospital.

Cody McCormick needs to be in mental health treatment. He does not need to be in prison. This Court is aware of Cody's background presented through both the pre-sentencing report and Competency Report submitted to the Court on December 19, 2023. Neither of these documents are available to the public given their confidential nature and the highly personal information they contain. Both reports illustrate Cody's long history of mental health issues and diagnoses. For this reason, the information they contain will not be reproduced here.

Cody McCormick committed a serious offense. He threatened the President of the United States. Under the law he needs to be punished for his crime. However, that punishment does not need to be a sentence of imprisonment. There are other options available to the Court which would punish Cody just as effectively. Cody is asking for a sentence of time served along with a period of supervised release. This will allow Cody to access the resources of the United States Probation Office and to obtain the mental health treatment he needs.

A time served sentence is available and is appropriate whether the Court sustains Cody's objections to the guideline calculation in the presentencing report. While Cody accepts full responsibility for his actions, he exhibited no concrete plans, nor the means to carry out the threats. Cody made these threats in hopes of getting mental health treatment or being admitted into the Kansas State Hospital to obtain the treatment he was not able to receive in the community. An issue likely to be alleviated with the assistance of U.S. Probation.

For Cody McCormick, a time served sentence is "sufficient, but not greater than necessary, to comply with the purposes" of 18 U.S.C. § 3553 (a)(2).

<u>s/ James R. Pratt</u>
JAMES R. PRATT, #17716
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@PrattLawLLC.com
Attorney for Defendant

4

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 29, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

<u>s/James R. Pratt</u>
JAMES R. PRATT #17716
Attorney for Defendant
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@PrattLawLLC.com

5